IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALIFAH E.D. SAIF'ULLAH,

    Plaintiff,                    No. CIVS-09-3355 KJM P

    vs.

JATINDER SINGH, et al.,

    Defendants.                <u>ORDER</u>

         Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. He has filed a request to proceed in forma pauperis.

         Title 28 U.S.C. § 1915 dictates when the court may allow litigants to proceed in forma pauperis. Title 28 U.S.C. § 1915(g) reads as follows:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief can be granted, unless the prisoner is under imminent danger of physical injury.

         This action commenced on December 2, 2009. A review of court records indicates that the following cases were dismissed for failure to state a claim upon which relief can be granted on the dates identified:

/////

1) <u>Saif'ullah v. Davis</u>, CIV-S-99-1150 GEB DAD.  Dismissed July 23, 1999.

2) <u>Saif'ullah v. Lang</u>, CIV-S-99-1363 FCD JFM.  Dismissed July 19, 2000 (order adopting Findings and Recommendations filed June 13, 2000).

3) <u>Saif'Ullah v. California Board of Prison Terms</u>, CIV-S-05-0829 LKK GGH.  Dismissed March 31, 2006 (order adopting Findings and Recommendations filed February 23, 2006).

In his complaint, plaintiff does not allege that he is in imminent danger of physical injury.

In light of the forgoing, plaintiff's request to proceed in forma pauperis will be denied.  Plaintiff will be ordered to pay the filing fee for this action within thirty days.  If plaintiff fails to pay the fee, the case will be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is denied; and

2. Plaintiff shall pay the filing fee, $350, within thirty days.  Failure to pay the filing fee will result in dismissal.

DATED: February 12, 2010.

_____
U.S. MAGISTRATE JUDGE

1
saif0829.3k

1