IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALIFAH E.D. SAIF'ULLAH,

      Plaintiff,                      No. CIV S-09-3355 KJM P

   vs.

JATINDER SINGH, et al.,

      Defendants.           <u>ORDER</u>

                               /

          On March 4, 2010, plaintiff filed a document which the court construes as a request for reconsideration of the court's denial of petitioner's application to proceed in forma pauperis. A court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). See <u>Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc.</u>, 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the . . . court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." <u>Id.</u> at 1263. Plaintiff fails to point to

/////

/////

/////

/////

1 anything suggesting reconsideration is appropriate.  Therefore, IT IS HEREBY ORDERED that
2 plaintiff's March 4, 2010 motion for reconsideration is denied.
3 DATED:  March 12, 2010.

_____
U.S. MAGISTRATE JUDGE

1
saif3355.rec