1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALIFAH E.D. SAIF'ULLAH,

     Plaintiff,                    No. CIV S-09-3355 KJM P

     vs.

JATINDER SINGH, et al.,

     Defendants.             ORDER

_____/

          On March 4, 2010, plaintiff filed a document which the court construes as a request for reconsideration of the court's denial of petitioner's application to proceed in forma pauperis. A court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the . . . court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Id. at 1263. Plaintiff fails to point to

/////
/////
/////
/////

1  anything suggesting reconsideration is appropriate.  Therefore, IT IS HEREBY ORDERED that

2  plaintiff's March 4, 2010 motion for reconsideration is denied.

3  DATED:  March 12, 2010.

                                        U.S. MAGISTRATE JUDGE

1
saif3355.rec