IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALIFAH E.D. SAIF'ULLAH,

      Plaintiff,                       No. CIV S-09-3355 KJM P

      vs.

JATINDER SINGH, et al.,

      Defendants.               ORDER

_____/

      On February 12, 2010, plaintiff was ordered to pay the filing fee for this action within thirty days and was cautioned that failure to do so would result in dismissal. The thirty day period has now expired, and plaintiff has not paid the appropriate filing fee. Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: June 23, 2010.

                                        U.S. MAGISTRATE JUDGE

1
saif3355.fifp